## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

KAREN EVANS, on behalf of herself and   :     Case No. 2:17-cv-515
others similarly situated,                    :

                                   :     Judge Edmund A. Sargus

         Plaintiff,                :

                                   :     Magistrate Judge Elizabeth Preston Deavers

v.                                      :

                                   :

AMERICAN POWER & GAS, LLC, et al.,   :

                                   :

         Defendants.            :

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

The parties hereby inform the Court that they have agreed to the terms and entry of an

Agreed Confidentiality Order in order to facilitate discovery and the disclosure of documents and

information in this matter.  The parties therefore request that the Court enter the [proposed]

Agreed Confidentiality Order attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Jonathan P. Misny*                     */s/ Brian J. Laliberte*
Brian K. Murphy (0070654)              Brian J. Laliberte (0071125)
Jonathan P. Misny (0090673)            Dana S. Elfvin (090511)
Murray Murphy Moul + Basil LLP      Tucker Ellis LLP
1114 Dublin Road                         175 S. Third St., Suite #520
Columbus, OH  43215                 Columbus, OH 43215
Telephone: (614) 488-0400             Telephone: 614.358.9717
Facsimile: (614) 488-0401             Facsimile: 614.358.9712
E-mail: murphy@mmmb.com           E-mail: brian.laliberte@tuckerellis.com
        misny@mmmb.com                      dana.elfvin@tuckerellis.com

Edward A. Broderick (admitted *pro hac vice*)     Elliot A. Hallak (admitted *pro hac vice*)
Anthony I. Paronich (admitted *pro hac vice*)     Ross B. Hofherr (admitted *pro hac vice*)
Broderick & Paronich, P.C.                  Harris Beach PLLC
99 High St., Suite 304                       677 Broadway, Suite 110

Boston, MA 02110
Telephone: (508) 221-1510
E-mail: anthony@broderick-law.com
        ted@broderick-law.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
E-mail: mmccue@massattorneys.net
*Subject to Pro Hac Vice*

Samuel J. Strauss
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: (608) 237-1774
E-mail: sam@turkestrauss.com
*Subject to Pro Hac Vice*

**Attorneys for Plaintiff**

Albany, NY 12207
Telephone: 518.427.9700
Facsimile: 518.427.0235
E-mail: ehallak@harrisbeach.com
        rhofherr@harrisbeach.com

**Attorneys for Defendants**