# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KAREN EVANS, on behalf of herself and others similarly situated, : : : | Case No. 17-cv-515 |
| Plaintiff, : : | Judge: Edmund A. Sargus |
| v. : : | Magistrate Judge: Elizabeth Preston Deavers |
| AMERICAN POWER & GAS, LLC, CONSUMER SALES SOLUTIONS, LLC : : : | |
| Defendants. _____/ | |

## JOINT STATUS REPORT

Plaintiff Karen Evans and Defendants American Power & Gas, LLC and Consumer Sales Solutions, LLC submit this Joint Status Report pursuant to this Court's June 18, 2018 Order (ECF No. 42).

The parties participated in a full-day mediation with the Honorable Morton J. Denlow (Ret.) of JAMS on August 14, 2018. At the conclusion of that mediation, the parties reached an agreement in principle – subject to certain confirmatory discovery, the negotiation and execution of mutually-agreeable settlement documentation, and the approval of this Court – upon the terms of a class settlement in this matter. The parties are now in the process of undertaking confirmatory discovery and drafting the requisite settlement documentation. The parties anticipate that this work will be complete and that Plaintiff will be in a position to file a motion for preliminary approval of the settlement by October 31, 2018.

Against this background, and consistent with Rule 1's directive that the federal rules shall be construed and administered to promise the just, speedy and inexpensive determination of

every case (Fed. R. Civ. P. 1), the parties respectfully request that the Court (a) permit them to continue to focus their immediate time and resources upon confirmatory discovery and the negotiation and execution of mutually-agreeable settlement documentation, (b) stay all current deadlines in the action, and (c) direct them to file by October 31, 2018 either a motion for preliminary approval or a status report advising this Court of the status of the parties' ongoing settlement efforts.

By: */s/ Jonathan P. Misny, Esq.*
Brian K. Murphy Esq.
(Ohio Bar No. 0070654)
Jonathan P. Misny, Esq.
(Ohio bar No. 0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, Ohio 43215

By: */s/ Brian J. Laliberte, Esq.*
Brian J. Laliberte, Esq.
(Ohio Bar. No. 0071125)
Dana S. Elfvin, Esq.
(Ohio Bar No. 090511)
Tucker Ellis LLP
175 S. Third St., Suite #520
Columbus, Ohio 43215

By: */s/ Edward A. Broderick, Esq.*
Edward A. Broderick, Esq.
(admitted pro hac vice)
Anthony I. Paronich, Esq.
(admitted pro hac vice)
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110

By: */s/ Elliot A. Hallak, Esq.*
Elliot A. Hallak, Esq.
(admitted pro hac vice)
Ross B. Hofherr, Esq.
(admitted pro hac vice)
Harris Beach PLLC
677 Broadway, Suite 1101
Albany, New York 12207

2