## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**KAREN EVANS,** *et al.,*

      **Plaintiff,**

                                    **Civil Action 2:17-cv-515**

      **v.**                              **Chief Judge Edmund A. Sargus, Jr.**

                                      **Magistrate Judge Elizabeth P. Deavers**

**A P GAS & ELECTRIC (TX), LLC,** *et al.*,

      **Defendants.**

### ORDER

On August 21, 2018, the parties reported that they have reached a tentative class settlement.  (ECF No. 43.)  The parties anticipate filing a motion for preliminary approval by October 31, 2018.

Accordingly, the parties are **DIRECTED** to file by **OCTOBER 31, 2018** a detailed status report including the status of discovery left to be conducted and a proposed schedule for the remainder of the case unless they have filed an appropriate motion for preliminary approval prior to this date.  All deadlines in this matter continue to be **STAYED**.

      **IT IS SO ORDERED.**

Date: August 22, 2018                                    _/s/ *Elizabeth A. Preston Deavers*
                                               ELIZABETH A. PRESTON DEAVERS
                                               UNITED STATES MAGISTRATE JUDGE