**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| KAREN EVANS, on behalf of herself and others similarly situated, | Case No. 17-cv-515 |
| Plaintiff, | Judge: Edmund A. Sargus |
| v. | Magistrate Judge: Elizabeth Preston Deavers |
| AMERICAN POWER & GAS, LLC, CONSUMER SALES SOLUTIONS, LLC | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Karen Evans and Defendants American Power & Gas, LLC and Consumer Sales Solutions, LLC submit this Joint Status Report pursuant to this Court's August 22, 2018 Order (ECF No. 44).

As set forth in the August 21, 2018 Joint Status Report (ECF No. 43), the parties have reached an agreement – subject to certain confirmatory discovery, the negotiation and execution of mutually-agreeable settlement documentation, and the approval of this Court – upon the terms of a class settlement in this matter. As a result of certain unforeseen technological and scheduling issues arising since the last status report, however, the parties remain engaged in the process of conducting confirmatory discovery and drafting the requisite settlement documentation. The parties anticipate that this work will be complete and that Plaintiff will be in a position to file a motion for preliminary approval of the settlement by November 21, 2018.

Against this background, and consistent with Rule 1's directive that the federal rules shall be construed and administered to promise the just, speedy and inexpensive determination of

every case (Fed. R. Civ. P. 1), the parties respectfully request that the Court (a) permit them to continue to focus their immediate time and resources upon confirmatory discovery and the negotiation and execution of mutually-agreeable settlement documentation, (b) continue to stay all current deadlines in the action, and (c) direct them to file by November 21, 2018 either a motion for preliminary approval or a status report advising this Court of the status of the parties' ongoing settlement efforts.

| For Plaintiff | For Defendants |
|---|---|
| By: */s/ Brian K. Murphy*<br>Brian K. Murphy<br>(Ohio Bar No. 0070654)<br>Jonathan P. Misny, Esq.<br>(Ohio bar No. 0090673)<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, Ohio 43215 | By: */s/ Dana S. Elfvin*<br>Dana S. Elfvin, Esq.<br>(Ohio Bar No. 090511)<br>Tucker Ellis LLP<br>175 S. Third St., Suite #520<br>Columbus, Ohio 43215 |
| By: */s/ Edward A. Broderick*<br>Edward A. Broderick<br>(admitted pro hac vice)<br>Anthony I. Paronich<br>(admitted pro hac vice)<br>Broderick & Paronich, P.C.<br>99 High St., Suite 304<br>Boston, MA 02110 | By: */s/ Elliot A. Hallak*<br>Elliot A. Hallak<br>(admitted pro hac vice)<br>Ross B. Hofherr<br>(admitted pro hac vice)<br>Harris Beach PLLC<br>677 Broadway, Suite 1101<br>Albany, New York 12207<br>*For Consumer Sales Solitions* |
| By: */s/ Samuel J. Strauss*<br>Samuel J. Strauss<br>(admitted pro hac vice)<br>Turke & Strauss LLP<br>613 Williamson Street, Suite 201<br>Madison, WI 53703 | |

2

<u>Certificate of Service</u>

I hereby certify that on October 31, 2018 I filed the foregoing via the Court's ECF filing system which will effect service upon all counsel of record.

*/s/ Jonathan P. Misny*
Jonathan P. Misny
