IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KAREN EVANS,**

    **Plaintiff,**

                         Civil Action 2:17-cv-00515
                         Chief Judge Edmund A. Sargus, Jr.
    v.                     Magistrate Judge Elizabeth P. Deavers

**AP GAS & ELECTRIC (TX), LLC,** *et al.***,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of the parties' Joint Status Report.  (ECF No. 49.)  The parties report that, because of certain unforeseen technological and scheduling issues that arose since their last status report, they remain engaged in the process of conducting confirmatory discovery and drafting the requisite settlement documents.  The parties request additional time to continue to focus on settlement.

    For good cause shown, the parties' request is **GRANTED**.  The parties are **DIRECTED** to file a detailed status report outlining the parties' ongoing settlement efforts by **NOVEMBER 21, 2018** unless a motion for preliminary approval of a settlement has been filed before that date.  All deadlines in this matter continue to be **STAYED**.

    **IT IS SO ORDERED.**

Date: November 1, 2018                      */s/ Elizabeth A. Preston Deavers*
                                                 ELIZABETH A. PRESTON DEAVERS
                                                 UNITED STATES MAGISTRATE JUDGE