AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Karen Evans, on behalf of herself and others similarly situated, <br> *Plaintiff* <br> v. <br> American Power & Gas, LLC Consumer Sales Solutions, LLC <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:17-CV-515 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** Pursuant to the Final Order Approving Settlement issued 5/22/2019 - Plaintiff's Motion for Attorney Fees is GRANTED (ECF No. 65), and Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement is GRANTED (ECF No. 67). The Settlement Agreement is hereby incorporated by reference into this Order and is ADOPTED by the Court. This action is dismissed with prejudice and Judgment is entered in favor of Defendants. The Judgment shall be without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 05/22/2019

CLERK OF COURT

*Christa M. Wenz*
Signature of Clerk or Deputy Clerk