# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KAREN EVANS,**
on behalf of herself and all others similarly situated,
        **Plaintiffs,**        Case No. 2:17-cv-515
                                      JUDGE EDMUND A. SARGUS, JR.
        v.                       Chief Magistrate Judge Elizabeth P. Deavers

**AMERICAN POWER & GAS, LLC,**
**CONSUMER SALES SOLUTIONS, LLC,**
        **Defendants.**

## ORDER

The instant matter is before the Court for consideration of an unopposed motion for approval of additional administrative expenses filed by Plaintiff Karen Evans. (ECF No. 73). In her motion, Evans requests that the Court approve a payment of additional administrative expenses to KCC Class Action Services, LLC ("KCC"), the court appointed settlement administrator in this case. (*Id.* at 1). Evans asserts that, when this Court approved the class settlement, KCC had incurred approximately $270,000 in administrative expenses. (*Id.*). Yet, in the time since, Evans avers that several claimants failed to cash their initial checks, so KCC needs to issue a second round of checks, which will raise its administrative expenses from $270,000 to approximately $335,000. (*Id.*). As such, Evans asks that this Court approve a payment of additional administrative expenses to cover the overage. (*Id.*). In light of these circumstances, and because Evans' motion is unopposed, the Court finds that there is no reason to deny payment of additional administrative expenses to KCC. Thus, Evans' motion is **GRANTED**. (ECF No. 73). KCC is, therefore, entitled to a total of $335,000 in administrative expenses.

        IT IS SO ORDERED.

<u>7/30/2020</u>                                                  <u>s/Edmund A. Sargus, Jr.</u>
DATE                                                      EDMUND A. SARGUS, JR.
                                                               UNITED STATES DISTRICT JUDGE